UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven M. Horde, | Case No. 17-cv-0800 (WMW/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Officer Elliot, Minneapolis Department of Civil Rights, Minneapolis City Attorney's Office, Minneapolis Department of Police Internal Affairs, and Sharing and Caring Hands, | |
| Defendants. | |

This matter is before the Court on the August 7, 2017 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 50.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 7, 2017 Report and Recommendation, (Dkt. 50), is **ADOPTED**;

2. Plaintiff's motion for default judgment, (Dkt. 34), is **DENIED WITHOUT PREJUDICE**.

Dated: October 12, 2017

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge